Grace McElroy (CA 366719)
gmcelroy@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
gmcelroy@beneschlaw.com

Attorney for Plaintiff SIMPLE SCIENCE, INC., a Texas Corporation,

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SIMPLE SCIENCE, INC., a Texas Corporation,

Plaintiff,

v.

B-4 LOGISTICS, INC., a Nevada Corporation; A&B EXPRESS LLC, an Ohio Limited Liability Company; and DSV SOLUTIONS, LLC, a South Carolina Limited Liability Corporation,,

Defendants.

Case No. 2:26-cv-07028-AB-RAO

**REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(A) OF DEFENDANT A&B EXPRESS LLC**

Assigned to Hon. André Birotte Jr.
Location: Courtroom 7B

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE THAT Plaintiff SIMPLE SCIENCE, INC. ("Plaintiff") hereby requests that the Clerk enter default against Defendant A&B EXPRESS LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 55(a), on the ground that A&B EXPRESS LLC has failed to plead or otherwise defend in this action.

In support of this request, Plaintiff submits proof of the following matters:

1. Plaintiff filed the complaint in this action on June 26, 2026. (Dkt. 1.)

2. Defendant was properly served on August 6, 2026 with the Summons and Complaint in this action, Case No. 2:26-cv-07028-AB-RAO, as reflected in the Proof of Service filed. (Dkt. 14.)

3. Pursuant to Fed. R. Civ. Proc. 12(a)(1)(A)(i), Defendant was required to respond or otherwise plead to Plaintiff's Complaint within 21 days of service (by August 27, 2026).

4. To date, Defendant has failed to plead, answer, or otherwise respond within the time required by the Federal Rules of Civil Procedure (*See* Declaration of Grace McElroy at ¶ 4.)

5. Defendant has not obtained an extension of time to respond, and no stipulation or Court order extending Defendant's response deadline is pending. (*Id.* at ¶ 5.)

6. Accordingly, Defendant is in default pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant A&B EXPRESS LLC.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Grace McElroy*

GRACE MCELROY (CA 366719)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828

Attorney for Plaintiff SIMPLE SCIENCE, INC., a Texas Corporation,

# DECLARATION OF GRACE MCELROY

I, Grace McElroy, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I make this declaration of my own personal knowledge and could and would testify if called.

2. Plaintiff Simple Science, Inc. ("Plaintiff") filed the Complaint on June 26, 2026. (Dkt. 1.) The Court issued a Summons on July 8, 2026. (Dkt. 9.)

3. A&B EXPRESS LLC ("Defendant") was served with the Summons and Complaint on August 6, 2026 by personal service upon its registered agent. (Dkt. 14.) A true and correct copy of the Proof of Service is attached as **Exhibit A**.

4. Defendant failed to plead, answer, or otherwise respond to the complaint within 21 days after service, and no responsive pleading or other defense has been filed by defendant. The applicable time limit for responding to the complaint has expired.

5. Defendant has not requested or obtained an extension of time to respond.

6. Accordingly, Defendant has failed to lead or otherwise defend this action as required by Federal Rule of Civil Procedure 55(a).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 10th day of September 2026, at San Francisco, California.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Grace McElroy*
GRACE MCELROY

# EXHIBIT A

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Grace McElroy (SBN 366719)<br>BENESCH, FRIEDLANDER, COPLAN, & ARONOFF, LLP<br>100 PINE STREET SUITE 3100<br>SAN FRANCISCO , CA 94111<br>*Telephone No:* 628.295.2011<br>*Attorney For:* Plaintiff SIMPLE SCIENCE, INC., a Texas Corporation<br>*Ref. No. or File No.:* 79939.2 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
| *Plaintiff:* SIMPLE SCIENCE, INC., a Texas Corporation<br>*Defendant:* B-4 LOGISTICS, INC., a Nevada Corporation; et al. | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:26-cv-07028 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE BIROTTE; ORDER SETTING SCHEDULING CONFERENCE IN CIVIL CASE

3. *a. Party served:* A&B EXPRESS LLC, an Ohio Limited Liability Company
   *b. Person served:* Aydyn Baytarov, AGENT FOR SERVICE OF PROCESS , Middle Eastern , Male , Age: 28 , Hair: Brown , Height: 5'8" , Weight: 160 , Description: Facial Hair

4. *Address where the party was served:* 20 Bedrock Drive, Monroe, OH 45050

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 06 2026 (2) at: 07:06 PM

6. ***Person Who Served Papers:***
   a. Aaron Woods ()
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111
   **d.** ***The Fee*** *for Service was:*

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

08/10/2026
*(Date)*

*(Signature)*

FIRSTLEGAL

PROOF OF SERVICE

*16546727*
*(6343903)*