Grace McElroy (CA 366719)
gmcelroy@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
gmcelroy@beneschlaw.com

Attorney for Plaintiff SIMPLE SCIENCE, INC., a Texas Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SIMPLE SCIENCE, INC., a Texas Corporation,

Plaintiff,

v.

B-4 LOGISTICS, INC., a Nevada Corporation; A&B EXPRESS LLC, an Ohio Limited Liability Company; and DSV SOLUTIONS, LLC, a South Carolina Limited Liability Corporation,

Defendants.

Case No. 2:26-cv-07028-AB-RAO

Assigned To Hon. André Birotte Jr., Courtroom 7B

**PLAINTIFF'S SIMPLE SCIENCE, INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff SIMPLE SCIENCE, INC. ("Simple Science") submits the following in response to the Court's Order of September 11, 2026 (the "Order") ordering Simple Science to show cause why this case against Defendant B4 Logistics, Inc. ("B-4") should not be dismissed for lack of prosecution.

1. B-4 was served with the Summons and Complaint on August 5, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), B-4's responsive pleading was originally due on August 26, 2026, twenty-one days after service.

2. Prior to the expiration of that deadline, B-4 requested additional time to respond to the Complaint. Simple Science agreed to extend B-4's deadline to respond by thirty (30) days, making B-4's new deadline to respond September 25, 2026.

3. Although the parties reached this agreement, no joint stipulation memorializing the extension was filed with the Court by B-4.

4. After a meet and confer on September 15, 2026, the parties agreed that B-4 has until October 2, 2026 to answer the Complaint.

5. Simple Science has now filed a joint stipulation and proposed order to extend B-4's deadline through October 2, 2026. (Dkt. 24).

6. Accordingly, Simple Science respectfully requests that the Court not dismiss this action for lack of prosecution, as Simple Science has been and remains committed to the timely prosecution of this matter against Defendant B-4.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Grace McElroy*

GRACE MCELROY (CA 366719)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
gmcelroy@beneschlaw.com

Attorney for Plaintiff SIMPLE SCIENCE, INC., a Texas Corporation